# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| REFUGEE AND IMMIGRATION CENTER FOR EDUCATION AND LEGAL SERVICES, § § § § *Plaintiff*, § § v. § § UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, § § § § *Defendant*. § | Case No. 1:24-CV-00876-RP |

## MOTION TO SUBSTITUTE COUNSEL

Defendant United States Immigration and Customs and Enforcement, designates the following Assistant United States Attorney:

**Landon A. Wade**
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255(phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

as counsel of record in substitution for Assistant United States Attorney David B. Goode.

Defendant hereby moves to substitute Assistant United States Attorney Landon A. Wade for Assistant United States Attorney David B. Goode as counsel for Defendant in this matter and requests that all notices, pleadings, orders, and other papers be directed to Mr. Wade at the address listed above. Defendant further requests that David B. Goode be terminated as counsel of record in this case.

Dated: March 3, 2025                          Respectfully submitted,

                                                 **Margaret F. Leachman**
                                                 Acting United States Attorney

                         By:     */s/ Landon A. Wade*
                                                 **Landon A. Wade**
                                                 Assistant United States Attorney
                                                 State Bar No. 24098560
                                                 U.S. Attorney's Office
                                                 903 San Jacinto Blvd., Suite 334
                                                 Austin, Texas 78701
                                                 (512) 370-1255 (phone)
                                                 (512) 916-5854 (fax)
                                                 landon.wade@usdoj.gov

                                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

       I certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system,

                                                 */s/Landon A. Wade*
                                                 Landon A. Wade
                                                 Assistant United States Attorney