# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| REFUGEE AND IMMIGRATION CENTER FOR EDUCATION AND LEGAL SERVICES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendant*. | Case No. 1:24-CV-00876-RP |

## [PROPOSED] ORDER ON MOTION TO SUBSTITUTE COUNSEL

Before the Court is Defendant United States Immigration and Customs Enforcement's Motion to Substitute Counsel. Having considered the Motion, the Court determines that it should be GRANTED.

It is hereby ORDERED that Assistant United States Attorney Landon A. Wade is substituted for Assistant United States Attorney David B. Goode as counsel of record for Defendant in this matter.

DATED: _____.

_____
**MARK LANE**
**UNITED STATES MAGISTRATE JUDGE**