# EXHIBIT 1

**MORRISON FOERSTER**

707 WILSHIRE BOULEVARD
SUITE 6000
LOS ANGELES
CALIFORNIA 90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON, LOS
ANGELES, MIAMI, NEW YORK, PALO
ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

December 24, 2024

Writer's Direct Contact
+1 (213) 892-5649
KMcNutt@mofo.com

Via Email

David Goode
U.S. Attorney's Office
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701
david.goode@usdoj.gov

Re:   *Refugee and Immigrant Ctr. for Educ. and Legal Servs. v. U.S. Immigration and Customs Enforcement*,
      Case No. 1:24-cv-00876-DII

Counsel:

I write regarding further deficiencies that Plaintiff has identified in ICE's FOIA production in addition to the deficiencies identified in Plaintiff's December 6, 2024 status report (attached hereto as Exhibit A).

ICE's FOIA production is missing at least the following records pertaining to Ms. Portillo Moreno:

- The ICE Record of Proceeding related to ICE's initial decision to detain Ms. Portillo Moreno in 2019, including evidence of supervisory review of that decision

- Records related to whether Ms. Portillo Moreno was served with a copy of the Form I-247A, Immigration Detainer – Notice of Action

- Records related to Ms. Portillo Moreno from ENFORCE,[1] including all hyperlinked pages and any records reflecting a Criminal Alien Program (CAP) encounter (including, but not limited to records from the Initial Event, Subject Information, and

---

[1] ICE's November 26, 2024 production lacks any printouts or other evidence that the required records checks were completed by ICE prior to Ms. Portillo Moreno's detention, throughout her detention, and prior to her release from detention.

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Two

- Crime Entry screens) that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Any EARM update history relating to Ms. Portillo Moreno's criminal record, including all hyperlinked pages

- Any Criminal Alien Program (CAP) Report related to Ms. Portillo Moreno

- Records related to Ms. Portillo Moreno from Automated Biometric Identification System (IDENT), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from the Enforcement Integrated Database Arrest Guide for Law Enforcement (EAGLE), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from the Deportable Alien Control System (DACS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from Integrated Automated Fingerprint Identification System (IAFIS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from Computer Linked Application Information Management System (CLAIMS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from Enforcement Integrated Database (EID), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from Alien Criminal Response Information Management System (ACRIMe), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Three

- Records related to Ms. Portillo Moreno from Central Index System (CIS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from TECS, including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Records related to Ms. Portillo Moreno from electronic Travel Document System (eTD), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release

- Any printouts or other evidence that the required records checks were completed by ICE prior to Ms. Portillo Moreno's detention, throughout her detention, and prior to her release from detention, including, but not limited to, evidence of records checks for ENFORCE, IDENT, IAFIS, ACRIMe, CIS, TECS, and eTD

- Any evidence that ICE officers provided notification to their chain of command of Ms. Portillo Moreno's claim to having Temporary Protected Status (TPS), including any officer notes, communications, emails, voicemails, etc.

- Any evidence that ICE officers consulted the ICE Office of the Principal Legal Advisor (OPLA) from October 2019 through August 2020 regarding ICE's decision to detain Ms. Portillo Moreno, her detention, ICE's decision to remove Ms. Portillo Moreno, or ICE's decision to release Ms. Portillo Moreno

- CAP charging documents for Ms. Portillo Moreno

- Immigration Alien Query (IAQ) submitted to ICE for Ms. Portillo Moreno

- Any records related to an ICE Pickup Request to Travis County Sherriff's Office or Jail for Ms. Portillo Moreno, including records of supervisory review of that decision and the legal sufficiency of the relevant charging documents

- Records, including emails, officer notes, voicemails, etc., related to coordination between ICE and the Travis County Sherriff's Office or Jail regarding issuance, execution, or lifting of an immigration detainer for Ms. Portillo Moreno

- Any ERO Significant Actions report relating to Ms. Portillo Moreno

- Records related to the 1993 removal proceedings against Ms. Portillo Moreno

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Four

- Records related to the pulling of Ms. Portillo Moreno's A-file

- Records related to any database queries and results related to Ms. Portillo Moreno

- Risk Classification Assessment (RCA) records related to Ms. Portillo Moreno, including, but not limited to:

    o Any Initial RCA Classification Form or Worksheet for the Laredo Processing Center[2]

    o Any RCA Classification Reassessment or Reclassification Form or Worksheet

    o For any initial RCA assessment or RCA reassessment, information in the RCA Module data entry screen

    o Any RCA interview record

    o RCA Module Detailed Summary

    o Supervisor approval of RCA assessment or reassessment

    o Reasons for supervisor decision to accept or reject any RCA classification

    o All information in the Recommendation/Decision Log tab of the RCA Module

- Any DIHS-794 form or equivalent

- Any custody decision from the Headquarters Custody Determination Unit regarding Ms. Portillo Moreno, including any evidence that any such decision was served on Ms. Portillo Moreno

---

[2] ICE's November 26, 2024 production contains two, heavily redacted Custody Classification Worksheets (including redaction of the officer's recommendation and possibly redaction of the supervisor's approval, though the documents are so heavily redacted that it is not clear) from the South Texas Detention Complex dated December 16, 2019 and February 14, 2020 but the production contains no Classification Form of any kind for the Laredo Processing Center.

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Five

- Records related to any post order custody review proceedings related to Ms. Portillo Moreno, including:

    - Any notice of custody review and any evidence that any such notice was served on Ms. Portillo Moreno

    - The Record of Action form for any post order custody review

    - Any post order custody review worksheets

    - Any applicable post order custody review checklists

    - Any Continued Detention Decisions, including the reasoning to justify continued detention

    - Any Continue Detention Notice, including evidence that any such notice was served on Ms. Portillo Moreno

- Documents, notes, communications, forms, sworn statements, interview packets, or other records related to formal or informal ICE interviews of or pertaining to Ms. Portillo Moreno, including, but not limited to, any interviews conducted in connection with CAP or the National Fugitive Operations Program

- Records related to any determination of whether Ms. Portillo Moreno was an ICE detention/removal priority pursuant to relevant ICE policy and whether ICE ever considered Ms. Portillo Moreno for an exercise of prosecutorial discretion

- Records related to adjudication forms or other evaluations of Ms. Portillo Moreno's removability

- Records related to ICE's processing of Ms. Portillo Moreno for removal, including, but not limited to:

    - Records related to the June 2020 decision to remove her

    - Any Certification

    - Any Prosecutor Notification Form or "DA – Solicitor Notification Form"

    - Any Notice to Appear

    - Form I-851 (Notice of Intent to Issue a Final Administrative Removal Order)

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Six

- - Form I-851A (Final Administrative Removal Order)
  - Form I-877 and/or Form G-166 (record of sworn statement)
  - Form I-217 (Information for Travel Document or Passport)
  - Copies of records checks from CIS, CLAIMS, TECS Subject Lookout Search (SQ11), Arrival/Departure Data Query (SQ94), National Crime Information Center (NCIC), IDENT, IAFIS, and FINS
  - Form G-391
  - Documentation of Consular Notification
  - Documentation of Provision of Free Legal Services List
  - Form I-294 (Warning to Alien Ordered Removed or Deported)
  - Form I-826 or I-848 (Notice of Rights and Request for Disposition)
  - Form I-286 (Notice of Custody Determination)
  - Any *Orantes* Advisal
- Records related to issuance of travel documents for Ms. Portillo Moreno, including, but not limited to:
  - Any eTD record
  - Internal or external correspondence regarding the issuance of travel documents
  - ICE's request to the Salvadoran Consulate for the travel documents required to remove Ms. Portillo Moreno
  - Any travel packets submitted to the Salvadoran Consulate
- Records related to Ms. Portillo Moreno's TPS status or evidence of the same
- Records, including communications, related to the designation of Ms. Portillo Moreno's case as a "headquarters special interest" case

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Seven

- Records, including communications, related to Ms. Portillo Moreno's "stay of removal" alert

- Records, including emails, officer notes, voicemails, and any other communications related to lifting or cancellation of warrants of removal or detainers for Ms. Portillo Moreno, including records related to the decision to release Ms. Portillo Moreno from ICE detention in August 2020, the ICE Record of Proceeding and any communications within an ICE officer's chain of command, or with ICE OPLA, USCIS, the ICE Office of Public Affairs, or other entities

- Records, including emails, officer notes, voicemails, etc., related to coordination between ICE and USCIS regarding issuance of a Notice of Intent to Withdraw Ms. Portillo Moreno's TPS status on August 4, 2020

- Records related to admonishment, guidance, or counseling to relevant DHS or ICE officers that discuss any violation of DHS or ICE policy related to the investigation and detention of Ms. Portillo Moreno and any suggested or mandated actions as a result of such violation

- Any reports to ICE Headquarters related to Ms. Portillo Moreno

- Any National Fugitive Operations Program records related to Ms. Portillo Moreno, including any records created or maintained by the Fugitive Operations Support Center

- Any Secure Communities Program records related to Ms. Portillo Moreno, including, but not limited to, emails, officer notes, voicemails, any other communications, forms, worksheets, checklists, assessments

ICE's FOIA production is also missing at least the following documents concerning applicable policies and procedures[3]:

- Standard operating protocols, manuals, guidelines, checklists, worksheets, and trainings for the ENFORCE, IDENT, IAFIS, ACRIMe, CIS, TECS, and eTD databases, and any other database used in the investigation of Ms. Portillo Moreno

---

[3] As noted in Plaintiff's December 6, 2024 report regarding deficiencies in ICE's FOIA production, ICE's production of the Criminal Alien Program Handbook indicates that ICE correctly scoped Ms. Portillo Moreno's FOIA request to include applicable policies. (Ex. A, pp. 5-7.)

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Eight

- DHS or ICE policies, manuals, guidelines, trainings, memoranda, checklists, or worksheets related to how ICE updates erroneous information in its systems of records

- DHS or ICE policies, manuals, trainings, memoranda, checklists, or worksheets related to ICE officers' obligations with respect to the Fourth Amendment in investigations and detentions

- Manuals, policy memoranda, trainings, worksheets, processing checklists, or other policy documents related to stays of removal and how ICE documents and updates that information in its systems of record

- DHS or ICE policies, manuals, trainings, memoranda, checklists, or worksheets related to how and why ICE places "headquarters special interest case" or "stay of removal" alerts in ICE and DHS records

- Manuals, policy memoranda, trainings, worksheets or processing checklists, or other policy documents operative from October 2019 through August 2020 related to Risk Classification Assessments, including the RCA Quick Reference Guide, RCA Web-based training, & RCA Scenario Playbook, and any other applicable trainings available through ICE Virtual University

- DHS and ICE policy memoranda, trainings, worksheets or processing checklists, or other policy documents operative from October 2019 through August 2020 related to post order custody reviews

- Policies, memoranda, handbooks, guidelines, trainings, or procedures operative from October 2019 through August 2020 related to immigration investigations including evaluating claims of citizenship or Temporary Protected Status (TPS), record keeping obligations, database searching and maintenance, other procedural requirements, or consulting ICE OPLA or other agencies

- Policies, memoranda, handbooks, guidelines, trainings, or procedures operative from October 2019 through August 2020 related to CAP, the Secure Communities Program, and any section 287(g) program with the Travis County Sherriff, including but not limited to versions of the following documents:

    o All ICE policies cited in the CAP Program Handbook produced on November 26, 2024, including any attachments to cited memoranda

    o CAP Quick Reference Processing Guide

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Nine

- o   San Antonio Field Office Local Procedures/Standard Operating Procedures for the CAP Program

- o   San Antonio Field Office CAP Operational Guide

- o   Applicable portions of the Inspectors Field Manual

- o   ERO Quick Reference for Processing Guide

- o   All applicable policies from the Secure Communities and Enforcement policy binder.  (*See* Ex. 7 to Motion for Discovery, *Portillo Moreno v. United States*, No. 1:24-cv-00245-DII, (Dec. 20, 2024) (ECF No. 43-8).)

- o   Any guidance provided by San Antonio Field Office Directors, Assistant Field Office Directors, or Supervisory Detention and Deportation Officers to San Antonio Field Office employees regarding processing CAP cases

- o   Any CAP policies, memoranda, handbooks, guidelines, trainings, or procedures provided to Travis County Sherriff's Office

- Trainings, manuals, adjudicative worksheets, memoranda, or other policy documents operative from October 2019 through August 2020 relating to detainers, warrants, arrest, or the Form I-200, Form I-205, Form I-213, and Form I-247, including any ICE documents comparable to INS Chapter 43: Detainers, Subpoenas, and Warrants from the INS Special Agent Field Manual

- All sections of the Detention and Deportation Officer's Field Manual operative from October 2019 to August 2020 that pertain to TPS status

- Any manuals, policy memoranda, trainings, worksheets or processing checklists, or other policy documents operative from October 2019 through August 2020 related to TPS status (including the effect of a failure to re-register) and detention of individuals asserting TPS status

- All manuals, policy memos, worksheets or processing checklists, or other policy documents related to ICE's cancellation of warrants of removal and detainers

- All DHS or ICE policies, manuals, trainings, memoranda, checklists or worksheets operative from October 2019 through August 2020 related to why ICE detainers are lifted, how detainers are lifted, the codes used to annotate DHS and ICE systems of

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Ten

> record that a detainer has been lifted, and the documents that would make up an ICE Record of Proceeding in a case where an ICE detainer was lifted

- Any final DHS or ICE Headquarters guidance to the ICE San Antonio Field Office related to ICE's decision to release Ms. Portillo Moreno from ICE custody, including any final DHS or ICE Headquarters policy guidance related to modifications of prior DHS or ICE policy to ensure that ICE did not detain an individual with TPS status in the future

Plaintiff further identifies at least the following deficiencies related to redactions and withholdings in ICE's November 26, 2024 production:

- At least the following pages of ICE's November 26, 2024 production are so heavily (or completely) redacted such that without more information RAICES cannot sufficiently challenge the redactions:

    - 2024-ICLI-00038 035-036
    - 2024-ICLI-00038 039-040
    - 2024-ICLI-00038 049
    - 2024-ICLI-00038 060
    - 2024-ICLI-00038 099-100
    - 2024-ICLI-00038 104-107

- ICE's November 26, 2024 production improperly redacts a number of final actions or decisions related to Ms. Portillo Moreno, including:

    - ICE improperly redacted the DFOD and SDDO concurrences on a January 2020 routing form related to Ms. Portillo Moreno's application for stay of removal, 2024-ICLI-00038 010

    - ICE improperly redacted the officer recommendation on the January 2020 Case Review Worksheet related to Ms. Portillo Moreno's application for stay of removal, 2024-ICLI-00038 013

    - ICE improperly redacted the Deciding Official's Decision on the January 2020 Case Review Worksheet related to Ms. Portillo Moreno's application for stay of removal, 2024-ICLI-00038 014

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Eleven

- o ICE also improperly redacted immigration history for Ms. Portillo Moreno on that same Case Review Worksheet, 2024-ICLI-00038 012

- o ICE improperly redacted the officer recommendation on Ms. Portillo Moreno's December 16, 2019 Initial Custody Classification Worksheet and it appears (though it is not clear) as though ICE also improperly redacted the supervisor's approval of the reclassification.  2024-ICLI-00038 039-040.

- o ICE improperly redacted the officer recommendation on Ms. Portillo Moreno's February 14, 2020 Custody Reclassification Worksheet and it appears (though it is not clear) as though ICE also improperly redacted the supervisor's approval of the reclassification.  2024-ICLI-00038 035-36.

- o ICE improperly redacted the DFOD and SDDO concurrences on a July 2020 routing form related to Ms. Portillo Moreno's application for stay of removal, 2024-ICLI-00038 073

- o ICE improperly redacted the Deciding Official's Decision on the January 2020 Case Review Worksheet related to Ms. Portillo Moreno's application for stay of removal, 2024-ICLI-00038 014

- At least the following pages of ICE's November 26, 2024 production contain incomplete summaries of grievances or requests, and RAICES requests that ICE provide a production that contains records with complete summaries of each grievance and request:

    - o 2024-ICLI-00038 076
    - o 2024-ICLI-00038 078-079
    - o 2024-ICLI-00038 081-082
    - o 2024-ICLI-00038 084

- ICE's November 26, 2024 production indicates "No" to Question "Medical Records requested from outside provider?"  2024-ICLI-00038 229-230, -233.  RAICES requests that ICE produce any medical records for Ms. Portillo Moreno from any outside provider under contract to provide care in the South Texas ICE Processing Center or the Laredo Processing Center from October 2019 through August 2020.

**MORRISON FOERSTER**

David Goode
December 24, 2024
Page Twelve

- All 12 pages of medical records referenced as being part of the fax at 2024-ICLI-00038 279. ICE's November 26, 2024 production includes only page 1.

- All 138 pages of medical records referenced in the "Release of Information" sheets at 2024-ICLI-00038229, -230, and -233. ICE's November 26, 2024 production includes only 101 pages of medical records (and 3 pages of "Release of Information" sheets).

RAICES has made a good faith effort to include in the December 6, 2024 report and this letter all deficiencies in ICE's productions to date. RAICES reserves the right, however, to raise any further concerns directly in its motion for summary judgment, particularly in view of the fact that the scheduling order in this case has improperly shifted the burden to RAICES to justify ICE's withholdings and ensure complete production of releasable documents, when it is ICE that must "shoulder[] the burden of identifying the documents at issue and explaining why they fall under the stated exemption . . . 'even if the FOIA requester has not controverted the assertion.'" *Bittner v. Internal Revenue Serv.*, No. A-15-CV-1209-SSML, 2017 WL 4325489, at *5 (W.D. Tex. July 31, 2017) (quoting *Cooper Cameron Corp. v. U.S. Dep't of Labor, OSHA*, 280 F.3d 539, 543 (5th Cir. 2002)), *adopting report and recommendation sub nom.*, 2017 WL 3713522 (W.D. Tex. Aug. 29, 2017).

We are available and amenable to meeting and conferring in advance of ICE's January 23, 2025 response deadline to discuss the deficiencies identified in this letter and Exhibit A thereto.

Very truly yours,

*/s/ Nat Martin*

Katherine E. McNutt
Associate


cc: Landon Wade
landon.wade@usdoj.gov