# EXHIBIT 2



**United States Department of Justice**
United States Attorney's Office
Western District of Texas

---

*Landon A. Wade*  *903 San Jacinto Blvd., Suite 334*  *Direct Line: (512) 370-1255*
*Assistant United States Attorney*  *Austin, Texas 78701*  *Facsimile:  (512) 916-5854*

January 24, 2025

*Via email*

Katherine McNutt
Morrison Foerster
707 Wilshire Boulevard
Suite 6000
Los Angeles, California 90017-3543
KMcNutt@mofo.com

    RE: *RAICES v. ICE* (FOIA)
      Civil Action No. 1:24-cv-00876-DII (Western District of Texas)

Dear Counsel:

  I write in response to your letter dated December 24, 2024, outlining what RAICES believes to be deficiencies in ICE's FOIA production. The list of purportedly missing documents is voluminous; therefore, I have attempted to categorize and group the list items together where ICE's response to multiple list items is the same.

  Please note that since receiving your letter, ICE has conducted three additional searches to ensure the adequacy of its production. Two searches are still pending, although they are expected to be completed soon. Once those searches are complete, I will follow up with an additional letter with any pertinent information and any updates to the responses provided below.

**I.** **Items for which additional searches revealed no additional responsive records.**

  In response to your letter last month, ICE conducted additional searches of OPR, OPLA San Antonio, and the ERO field office to ensure the adequacy of its production with respect to the below categories:

- The ICE Record of Proceeding related to ICE's initial decision to detain Ms. Portillo Moreno in 2019, including evidence of supervisor review of that decision.

- Records related to whether Ms. Portillo Moreno was served with a copy of the Form I-247A, Immigration Detainer – Notice of Action.

- Any evidence that ICE officers provided notification to their chain of command of Ms. Portillo Moreno's claim to having Temporary Protected Status (TPS), including any officer notes, communications, emails, voicemails, etc.[1]

- Any records related to an ICE Pickup Request to Travis County Sheriff's Office or Jail for Ms. Portillo Moreno, including records of supervisory review of that decision and the legal sufficiency of the relevant charging documents

- Records, including emails, officer notes, voicemails, etc., related to coordination between ICE and the Travis County Sheriff's Office or Jail regarding issuance, execution, or lifting of an immigration detainer for Ms. Portillo Moreno

- Any Secure Communities Program records related to Ms. Portillo Moreno, including, but not limited to, emails, officer notes, voicemails, any other communications, forms, worksheets, checklists, assessments.

The searches conducted did not reveal any responsive documents.

## II.   Records maintained by other agencies.

The categories of documents below do not belong with ICE. To the extent they exist, they would be maintained by other agencies, such as the FBI or USCIS:

- Records related to the pulling of Ms. Portillo Moreno's A-File.

- Records related to adjudication forms or other evaluations of Ms. Portillo Moreno's removability.

- Records related to ICE's processing of Ms. Portillo Moreno for removal, including, but not limited to:
    - Records related to the June 2020 decision to remove her
    - Any certification
    - Any Prosecutor Notification form or "DA – Solicitor Notification Form"
    - Any Notice to Appear
    - Form I-851 (Notice of intent to Issue a Final Administrative Removal Order)
    - Form I-815A (Final Administrative Removal Order)
    - Form I-877 and/or Form G-166 (record of sworn statement)
    - Form I-217 (Information for Travel Document or Passport)
    - Copies of records checks from CIS, CLAIMS, TECS Subject Lookout Search (SQ11), Arrival/Departure Data Query (SQ94), National Crime Information Center (NCIC), IDENT, IAFIS, and FINS

---

[1] Any information regarding Plaintiff's TPS status would be with USCIS.

- - o   Documentation of Consular Notification
    - o   Documentation of Provision of Free Legal Service List
    - o   Form I-294
    - o   Form I-826 or I-848
    - o   Form I-286
    - o   Any *Orantes* advisal

- Records related to Ms. Portillo Moreno's TPS status or evidence of the same.

- Records, including emails, officer notes, voicemails, etc., related to coordination between ICE and USCIS regarding issuance of a Notice of Intent to Withdraw Ms. Portillo Moreno's TPS status on August 4, 2020.

- Immigration Alien Query (IAQ) submitted to ICE for Ms. Portillo Moreno.

### III.    Items outside the scope of Plaintiff's FOIA request.

It is ICE's position that the following categories of documents are outside the scope of Plaintiff's FOIA request:

- Records related to Ms. Portillo Moreno from Automated Biometric Identification System (IDENT), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Records related to Ms. Portillo Moreno from the Enforcement Integrated Database Arrest Guide for Law Enforcement (EAGLE), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.[2]

- Records related to Ms. Portillo Moreno from Integrated Automated Fingerprint Identification System (IAFIS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.[3]

- Records related to Ms. Portillo Moreno from Computer Linked Application Information Management System (CLAIMS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

---

[2] Notwithstanding ICE's position that records from EAGLE are outside the scope of Plaintiff's request, ICE nevertheless conducted a search of EAGLE, and any responsive documents were previously produced.

[3] IAFIS is also a database maintained by the FBI, not ICE.

- Records related to Ms. Portillo Moreno from Enforcement Integrated Database (EID), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Records related to Ms. Portillo Moreno from TECS, including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Records related to Ms. Portillo Moreno from electronic Travel Document System (eTD), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Any evidence that ICE officers consulted the ICE Office of the Principal Legal Advisor (OPLA) from October 0219 through August 2020 regarding ICE's decision to detain Ms. Portillo Moreno, her detention, ICE's decision to remove Ms. Portillo Moreno, or ICE's decision to release Ms. Portillo Moreno.

- CAP charging documents for Ms. Portillo Moreno.

- Risk Classification Assessment (RCA) records related to Ms. Portillo Moreno, including but not limited to:
    - Any Initial RCA Classification Form or Worksheet for the Laredo Processing Center
    - Any RCA Classification Reassessment or Reclassification Form or Worksheet
    - For any initial RCA assessment or RCA reassessment, information in the RCA Module data entry screen
    - Any RCA interview record
    - RCA Module Detailed Summary
    - Supervisor approval of RCA assessment or reassessment
    - Reasons for supervisor decision to accept or reject any RCA classification
    - All information in the Recommendation/Decision Log tab of the RCA Module

- Documents, notes, communications, forms, sworn statements, interview packets, or other records related to form or informal ICE interviews of or pertaining to Ms. Portillo Moreno, including, but not limited to, any interviews conducted in connection with CAP or the National Fugitive Operations Program.

- Records related to issuance of travel documents for Ms. Portillo Moreno, including, but not limited to:
    - Any eTD record

- - Internal or external correspondence regarding the issuance of travel documents
  - ICE'S request to the Salvadoran Consulate for the travel documents required to remove Ms. Portillo Moreno
  - Any travel packets submitted to the Salvadoran Consulate

- Records, including communications, related to the designation of Ms. Portillo Moreno's case as a "headquarters special interest" case.

- Records, including communications, related to Ms. Portillo Moreno's "stay of removal" alert.

- Records related to admonishment, guidance, or counseling relevant to DHS or ICE officers that discuss any violation of DHS or ICE policy related to the investigation and detention of Ms. Portillo Moreno and any suggested or mandated actions as a result of such violation.

- Any National Fugitive Operations Program records related to Ms. Portillo Moreno, including any records created or maintained by the Fugitive Operations Support Center.

- Records related to the 1993 removal proceedings against Ms. Portillo Moreno.

## IV. Documents either already produced or not found based on searches.[4]

For the remaining following categories below, ICE has already produced any potentially responsive documents. To the extent they have not been produced, they were not located based on ICE's searches:

- Records related to Ms. Portillo Moreno from ENFORCE, including all hyperlinked pages and any records reflecting a Criminal Alien Program (CAP) encounter (including, but not limited to records from the Initial Event, Subject Information, and Crime Entry Screens) that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Any EARM update history relating to Ms. Portillo Moreno's criminal record, including all hyperlinked pages.

- Any Criminal Alien Program (CAP) Report related to Ms. Portillo Moreno.

---

[4] Should any documents fitting these categories be discovered in the searches still pending, ICE will notify Plaintiff accordingly.

- Records related to Ms. Portillo Moreno from the Deportable Alien Control System (DACS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Records to related to Ms. Portillo Moreno from Alien Criminal Response Information Management System (ACRIMe) including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Any DIHS-794 form or equivalent.

- Any custody decision from the Headquarters Custody Determination Unit regarding Ms. Portillo Moreno, including any evidence that any such decision was served on Ms. Portillo Moreno.

- Records, including emails, officer notes, voicemails, and any other communications related to lifting or cancellation of warrants of removal or detainers for Ms. Portillo Moreno, including records related to the decision to release Ms. Portillo Moreno from ICE detention in August 2020, the ICE Record of Proceeding and any communications within an ICE officer's chain of command, or with ICE OPLA, USCIS, the ICE Office of Public Affairs, or other entities.

- Any reports to ICE Headquarters related to Ms. Portillo Moreno.

- Any ERO Significant Actions report relating to Ms. Portillo Moreno.

- Records related to Ms. Portillo Moreno from Central Index System (CIS), including all hyperlinked pages, that ICE used, pulled, or considered prior to her detention, throughout her detention, or prior to her release.

- Records related to any determination of whether Ms. Portillo Moreno was an ICE detention/removal priority pursuant to relevant ICE policy and whether ICE ever considered Ms. Portillo Moreno for an exercise of prosecutorial discretion.

- Records related to any post order custody review proceedings related to Ms. Portillo Moreno, including:
    - Any notice of custody review and any evidence that any such notice was served on Ms. Portillo Moreno
    - The Record of Action form for any post order custody review
    - Any post order custody review worksheets
    - Any applicable post order custody review checklists

- o   Any Continued Detention Decisions, including the reasoning to justify continued detention
- o   Any Continue Detention Notice, including evidence that any such notice was served on Ms. Portillo Moreno

**V.   Specific responses to certain categories.**

The remaining categories of documents cannot easily be grouped with others for a singular response. As such, ICE provides the following responses to each remaining category one-by-one:

- Form G-391
   - o   This is a form contract for ICE to order transportation and custodial services from contractors. Any such form would fall outside the scope of Plaintiff's FOIA request.
- Records related to any database queries and results related to Ms. Portillo Moreno.
   - o   If this is a request for ICE's FOIA search forms, ICE does not produce those documents. Should Plaintiff want to know additional details about the searches conducted, ICE can provide that information on request to the extent such information is not privileged or otherwise exempt from disclosure.

**VI.   Challenges to redactions and withholdings in November 26, 2024 production.**

As for Plaintiff's challenges to ICE's November 26, 2024 production, ICE stands by its redactions and withholdings. I can try to provide more information about specific redactions/withholdings upon request. However, for the purposes of this letter, ICE has considered Plaintiff's challenges and determined that its redactions and withholdings were appropriate.

Please let me know if you have any questions or would like to discuss. Again, we will provide a follow-up letter once the searches that are still pending have been completed. I look forward to working with you; hopefully we can come to a resolution and avoid proceeding to dispositive motions.

Sincerely,

*/s/ Landon A. Wade*
**Landon A. Wade**
Assistant United States Attorney