# EXHIBIT 3

| | |
|---|---|
| **From:** | McNutt, Katherine E. |
| **To:** | Wade, Landon (USATXW); Rodriguez, Jose E. |
| **Cc:** | javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen; Fife, Berkeley G.; Soliz, Richard (USATXW) |
| **Subject:** | [EXTERNAL] RE: RAICES v. ICE update |
| **Date:** | Tuesday, March 11, 2025 5:07:33 PM |
| **Attachments:** | image001.png |
| | image002.png |

Landon,

Thanks for providing the below proposal. While we appreciate your desire to avoid multiple rounds of briefing, and we have previously been amenable to extensions when they will not prejudice our client, your below proposal only serves to benefit ICE to the detriment of RAICES. As such, RAICES cannot agree to it.

First, the proposal asks RAICES to bless ICE's existing violations of the scheduling order, which RAICES cannot do. By failing to complete production ahead of the February 28 deadline for motions to resolve deficiencies in ICE's production, ICE has already violated the mandates of the scheduling order (which adopted ICE's more generous proposed deadlines over RAICES's objection and its proposed deadlines for a faster resolution). Your current proposal does nothing to remedy this violation or provide any date certain for full production, nor has ICE otherwise provided any estimated full production date. ICE's delays in production are a problem of its own making—ICE is, and has always been, in control of the timeline for its searches, review of search results, and production in this case, and the scheduling order has provided ICE with more-than-generous timelines for completing that process. RAICES has adhered to the scheduling order's provisions and expects ICE to do the same.

Second, and as we have previously discussed (e.g., in my February 27 email), the proposal grants ICE an unwarranted extension of time to respond to RAICES's motion for summary judgment that only serves to delay full production and delay RAICES's access to the information it is entitled to (and which it first requested in 2022). Consistent with the scheduling order, RAICES filed its MSJ on February 28 to resolve the deficiencies in ICE's production (such as the production existed on that date). Per the scheduling order, ICE's response to an MSJ is due within 14 days, such that ICE's opposition to RAICES's MSJ is due Friday, 3/14/25. To the extent that ICE seeks to delay all of its summary judgment briefing until 3/31/25 because ICE intends to make a full production on 3/31/25, we note that such action would deprive RAICES of the opportunity to review such production and would substantially prejudice RAICES in providing a response to ICE's MSJ within 14 days thereafter. Having completed its search, ICE (unlike RAICES) has knowledge of the scope of information it may produce such that it should have no issue responding to RAICES's MSJ on 3/14/25 as the scheduling order directs. ICE has provided no justification for doubling its time to respond to RAICES's MSJ.

RAICES will oppose any motion to for leave to delay all of ICE's MSJ briefing until 3/31/25.

Best,
Katie


**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** McNutt, Katherine E.
**Sent:** Monday, March 10, 2025 8:24 AM
**To:** 'Wade, Landon (USATXW)' <Landon.Wade@usdoj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen

<TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RE: RAICES v. ICE update

Landon,

Thanks; we'd appreciate an anticipated timeline.

As to the MSJ issue, we are discussing internally and will get back to you with a response tomorrow.

Best,
Katie

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Saturday, March 8, 2025 1:39 PM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RE: RAICES v. ICE update

**External Email**

---

Hi Katie,

All searches related to the 2022 request have been completed as of 2/26 as stated below. The 2024 search was fast-tracked and has been completed. I can reach out to see if there is an anticipated timeline for that production and let you know what I hear.

On a separate note, we intend to file a motion for leave to file a combined MSJ and response to Plaintiff's MSJ by our 3/31 dispositive motions deadline. This will allow us to avoid duplicative briefing. Can you let me know whether Plaintiff would be opposed to our motion?

Thanks,

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

**From:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Sent:** Friday, March 7, 2025 3:24 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RAICES v. ICE update

Hi Landon,

Hope this finds you well. Though the parties have differing interpretations of the deadlines, and we filed our MSJ to resolve deficiencies in the FOIA production consistent with our reading of the scheduling order, we wanted to reach out because we remain interested in continuing discussions to seek a resolution while summary judgment practice proceeds. As such, we'd like to check in with you on where things currently stand. As of February 26, I believe there was one search related to the 2022 request completed but with production still outstanding, and that the search related to the November 2024 request had the same status. Any updates there?

Thanks,
Katie

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Thursday, February 27, 2025 12:03 PM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RE: RAICES v. ICE update

**External Email**

Thanks Katie, I understand your point of view.

I just want to clarify that we don't interpret 2/28 to be the MSJ deadline. The scheduling order has 3/31 as the deadline for dispositive motions not covered by any motions contemplated by the 2/28 deadline. Though admittedly unartfully worded (we will be changing that language in SOs going forward), in past cases we have interpreted that first deadline to encompass filings like motions for discovery or motions to compel. I understand from our meet-and-confer call recently and your email below that you disagree with that interpretation, but I just

wanted to make our position on that clear.

We obviously don't and can't object to you filing as early as you would like to, but I anticipate the productions you receive between now and 3/31 will narrow at least some of the disputed issues and save both parties and the court some time and resources in resolving this matter.

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

---

**From:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Sent:** Thursday, February 27, 2025 12:57 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RAICES v. ICE update

Hi Landon,
 Thank you for getting back to us with the below proposal.  We unfortunately cannot agree to impose an additional month-long delay of the 2/28 summary judgment deadline on top of the existing years-long delay in ICE's production of documents responsive to RAICES's 2022 FOIA request.  Throughout this case, ICE has failed to meet its own production deadlines as well as deadlines set by the Court (including deadlines in the scheduling order that ICE itself proposed and which provided ICE six more weeks than Plaintiff requested to produce documents ahead of the summary judgment deadline).  An additional extension would only exacerbate the prejudice to RAICES by further delaying its receipt of the documents to which it is entitled and which are necessary for RAICES to pursue work in line with its mission.
 As such, we will plan to file our motion for summary judgment on Friday, 2/28 in accordance with the operative scheduling order.
Best,
Katie

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Wednesday, February 26, 2025 1:19 PM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RAICES v. ICE update

**External Email**

---

Katie,

ICE has told me that it can produce a declaration by March 31. Would you be amenable to a joint motion to modify the scheduling order now in place to impose a deadline on ICE to produce its declaration by March 31, and then set a dispositive motions deadline for some time in April? That should give us a little more time to sort out anything we might be able to resolve. Let me know what you think.

Also, you should expect to receive a production on Friday resulting from one of the two additional searches recently performed.

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

---

**From:** Wade, Landon (USATXW)
**Sent:** Wednesday, February 26, 2025 10:02 AM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** RE: Questions to run past ICE

Hi Katie,

Apologies for the slow movement on our end. I have confirmed that all searches have now been completed. I am awaiting word on when ICE will be able to provide a declaration detailing the searches. I am hoping to get an answer soon and will update you accordingly.

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

---

**From:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Sent:** Friday, February 21, 2025 2:11 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Questions to run past ICE

Thanks, Landon. We'll keep an eye out for it.

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Friday, February 21, 2025 11:33 AM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RE: Questions to run past ICE

**External Email**

---

I completely understand. I'll get back with you asap on a specific proposal that will be dependent on what ICE can tell me.

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

---

**From:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Sent:** Thursday, February 20, 2025 12:40 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Questions to run past ICE

Landon,

Thank you for providing the below update—we appreciate it.

With respect to deadlines, can you provide a more specific proposal? Without a better idea of how long an extension you have in mind (and better idea of an ETA on production from ICE), we cannot meaningfully consider your proposal.

Thanks,
Katie

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Wednesday, February 19, 2025 1:01 PM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RE: Questions to run past ICE

**External Email**

Katie,

Thank you for your patience with us getting back with you. ICE has determined that the vast majority of the questions below would be included in a declaration and/or Vaughn index. ICE has indicated that they might be able to produce a declaration once all of its searches are complete (preceding any dispositive motions), but there is still one search outstanding. They did not have an estimate as to when the last search would be completed at this time. I have asked them to provide an estimate, even a rough one, as soon as possible since we are nearing dispositive motions deadlines.

The additional search that is complete resulted in approximately 160 responsive records. Additionally, ICE was able to fast-track RAICES' other FOIA request, which resulted in approximately 650 pages of potentially responsive records. Both sets of documents have been assigned to an analyst, and I am still waiting to hear back regarding an estimated ETA for the production. That is unfortunately the extent of the information I can provide you all at this time.

Regarding the dispositive motions deadlines, I have talked to my colleagues about our form scheduling order we routinely propose, and I think we are all now in agreement that it needs to be revised to eliminate the dual deadline confusion. Given that one search still remains outstanding, I think it is unlikely we will be able to provide information sufficient for you to determine whether the searches/production for this request is sufficient by 2/28. Given that, we may need to consider pushing the deadlines out a little bit. Let me know what you think. I will impress upon ICE the importance of giving us an ETA for the outstanding search so we can be able to determine a feasible deadline.

Let me know if you have any questions.

Thanks,

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas

903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

---

**From:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Sent:** Friday, February 14, 2025 4:15 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>; Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Questions to run past ICE

Hi Landon,

Following up on the below. Have you received a response from ICE on any of the below items? If not, when do you anticipate having more information?

Thanks,
Katie

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Tuesday, February 11, 2025 1:26 PM
**To:** Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>; McNutt, Katherine E. <KMcNutt@mofo.com>
**Subject:** RE: Questions to run past ICE

**External Email**

---

Thanks, Jose! I passed these questions along to ICE yesterday and am awaiting their response. I will let you know as soon as I hear back.

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

**From:** Rodriguez, Jose E. <JoseRodriguez@mofo.com>
**Sent:** Friday, February 7, 2025 12:17 PM
**To:** Wade, Landon (USATXW) <LWade1@usa.doj.gov>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <RSoliz@usa.doj.gov>; McNutt, Katherine E. <KMcNutt@mofo.com>
**Subject:** [EXTERNAL] RE: Questions to run past ICE

Hi Landon,

Thank you for sending this over and for taking the time yesterday to discuss our remaining questions. We've added a few additional questions in red below. Please let us know as soon as you receive a response from ICE. We'd prefer to have this information well before the SJ deadline. Thanks!

//

Questions regarding searches:
- Did ICE run searches with National OPLA or National ERO or just do a search of OPLA and ERO field offices?
- Can ICE share what search terms were used in its searches? Were the search terms used to conduct the searches conjunctive or disjunctive?
- Have email communications between ICE officers been searched? Have email communications between ICE officers and other agencies been searched?
- Were there any documents that may have been destroyed according to a records retention policy?
- Is there an ETA on when the outstanding searches will be complete and documents produced? How many documents does ICE anticipate will be in the remaining productions?

Communications between ICE and USCIS
- Plaintiff had anticipated seeing communications between these agencies. Is that something USCIS would have but ICE would not?
- Is ICE planning to produce records of its officers' communications with other agencies? For example, ICE communications with another agency to issue a Notice of Intent to Withdraw TPS.

Database Queries
- For databases such as AIFIS and IDENT, is there a record anywhere of the queries that were entered into the databases by ICE? Would the searches performed have captured that information?
- If ICE's position is that there are no records from certain databases because ICE did not use them in this case, can ICE specify which databases those are?

Items deemed outside the scope of search by ICE
- Global question on these: would the searches run have captured any of this information if it is in ICE's possession? If so, can ICE share whether any of this information has been withheld?

Vaughan
- Would ICE be willing to produce a Vaughn index before motions are filed?

Records Maintained by Other Agencies
- For the records ICE claims are maintained by other agencies, has ICE run searches that would have returned these records if ICE had them in its possession, custody, or control?
- If ICE does not have these records, then which agencies have them?

Records Either Already Produced or Not Found Based on Searches
- Since you cannot draw a distinction here, Plaintiff will assume that documents that have not been produced and are not produced in subsequent productions do NOT exist in ICE records.

Redactions and Withholdings
- What exemptions is ICE claiming for withholding documents? For example, ICE says they don't produce search forms, but applicable statutes require that ICE must justify its withholding with specificity.

Regarding the other FOIA case, would ICE be willing to do a rolling production? Plaintiff's counsel has indicated they may or may not be able to agree to that at this point. If ICE were able to do that, what would it look like in terms of a production schedule, i.e., how many pages per week/month?

//

Best,
Jose

**Jose Rodriguez**
joserodriguez@mofo.com
T: +1 (213) 892-5590

**MORRISON FOERSTER**

mofo.com | LinkedIn

---

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Friday, February 7, 2025 7:04 AM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Cc:** javier.hidalgo@raicestexas.org; kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** Questions to run past ICE

**External Email**

---

Katie,

Below are the questions I intend to run past ICE based on our conversation yesterday. I think these broader, global questions regarding the searches will help inform the more discrete questions you all had on our call:

Questions regarding searches:
- Did ICE run searches with National OPLA or National ERO or just do a search of OPLA and ERO field offices?
- Can ICE share what search terms were used in its searches? Were the search terms used to conduct the searches conjunctive or disjunctive?
- Have emails been searched?
- Were there any documents that may have been destroyed according to a records retention policy?
- Is there an ETA on when the outstanding searches will be complete and documents produced?

Communications between ICE and USCIS
- Plaintiff had anticipated seeing communications between these agencies. Is that something USCIS would have but ICE would not?

Database Queries
- For databases such as AIFIS and IDENT, is there a record anywhere of the queries that were entered into the databases by ICE? Would the searches performed have captured that information?

Items deemed outside the scope of search by ICE
- Global question on these: would the searches run have captured any of this information if it is in ICE's possession? If so, can ICE share whether any of this information has been withheld?

Vaughan
- Would ICE be willing to produce a Vaughn index before motions are filed?

Regarding the other FOIA case, would ICE be willing to do a rolling production? Plaintiff's counsel has indicated they may or may not be able to agree to that at this point. If ICE were able to do that, what would it look like in terms of a production schedule, i.e., how many pages per week/month?

I understand this does not encompass every question y'all had during our call, but I think getting some answers to these will give us a sense of whether it just makes sense to proceed to motions rather than going back and forth. But if there is anything specific you'd like to me to take back in addition to the questions above, I'd be glad to do so. Just let me know.

Thanks,

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.