# EXHIBIT 4

| | |
|---|---|
| **From:** | McNutt, Katherine E. |
| **To:** | Wade, Landon (USATXW) |
| **Cc:** | kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen; javier.hidalgo@raicestexas.org; Fife, Berkeley G.; Soliz, Richard (USATXW) |
| **Subject:** | [EXTERNAL] RE: RAICES v. ICE (FOIA) response letter |
| **Date:** | Friday, January 31, 2025 12:01:46 PM |
| **Attachments:** | image001.png |

Landon,

We are in the process of reviewing ICE's response letter dated January 24, 2024 and would be happy to set up a call next week to discuss. What is your availability on Thursday, February 6?

So that we can have a productive discussion, we would appreciate it if you could come prepared to discuss: (1) for each deficiency in Section II of your letter, ICE's position as to which other agency has the records; (2) for each deficiency in Section IV of your letter, ICE's position on whether documents were already produced as distinct from which documents were not found; and (3) specific explanations for each of the redactions and withholdings identified in our December 24, 2024 letter.

We also note our disagreement with ICE's position that a number of the deficiencies we identified are beyond the scope of RAICES's 2022 FOIA request and will be prepared to discuss that on our call. Regardless, we wanted to bring to your attention a pending and overdue FOIA request from RAICES to ICE (2025-ICFO-04972) submitted in November 2024 that expressly includes ICE policies for detaining individuals as well as a number of the items ICE asserts are outside the scope of the 2022 request. We would prefer not to have to resort to litigation of the November 2024 FOIA request to obtain the documents to which RAICES is entitled, but we are prepared to file a complaint in district court should it become necessary.

Best,

**Katherine McNutt** (she/her)
Associate
kmcnutt@mofo.com
T +1 (213) 892-5649
M +1 (213) 587-3770

**MORRISON FOERSTER**

**From:** Wade, Landon (USATXW) <Landon.Wade@usdoj.gov>
**Sent:** Friday, January 24, 2025 1:02 PM
**To:** McNutt, Katherine E. <KMcNutt@mofo.com>
**Cc:** kristy.blumeyermartinez@raicestexas.org; Saulsbury, Timothy Chen <TSaulsbury@mofo.com>; javier.hidalgo@raicestexas.org; Fife, Berkeley G. <BFife@mofo.com>; Soliz, Richard (USATXW) <Richard.Soliz@usdoj.gov>
**Subject:** RAICES v. ICE (FOIA) response letter

**External Email**

Katherine,

Attached please find ICE's letter in response to your letter dated December 24, 2024. I'd be glad to set up a call sometime in the next couple of weeks to address any outstanding questions and see if we can't work through any outstanding issues. Let me know if you think that would be helpful. I hope you have a good weekend.

Thanks,

Landon A. Wade | Assistant United States Attorney
U.S. Attorney's Office | Western District of Texas
903 San Jacinto Blvd., Suite 334 | Austin, TX 78701
512.370.1255 (direct) | 737.932.2467 (mobile)
landon.wade@usdoj.gov

==============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.