# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| REFUGEE AND IMMIGRATION CENTER FOR EDUCATION AND LEGAL SERVICES, § § § § *Plaintiff*, § § v. § § UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, § § § § *Defendant*. § | | Case No. 1:24-CV-00876-RP |

## [PROPOSED] ORDER

On this date, came on to be considered Defendant's Opposed Motion for Extension of Time to file a response to Plaintiff's Motion for Summary Judgment. The Court, having considered Defendant's motion, is of the opinion that said motion should be and is hereby GRANTED.

THEREFORE, IT IS ORDERED, that Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is extended to March 31, 2025.

SIGNED on this ____ day of _____, 2025.

_____
**ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE