IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REFUGEE AND IMMIGRATION CENTER FOR EDUCATION AND LEGAL SERVICES, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 1:24-CV-00876-RP |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § | |
| *Defendant*. | § § | |

**REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

It is unclear why RAICES has chosen to manufacture a dispute that serves no purpose other than to unnecessarily complicate the resolution of this case. ICE is under no obligation to provide a draft declaration or Vaughn index to RAICES at all. It offered to do so in advance of dispositive motions to allow the parties to resolve and/or narrow the contested issues before bringing them to the Court for resolution. ICE has also been transparent about its timeline for the completion of a declaration and Vaughn index. Any response filed today could not include either document.

The prejudice RAICES claims it will suffer is due to its unwillingness to work cooperatively with ICE. As the correspondence between the parties demonstrates, ICE has gone to great lengths to appease RAICES throughout this process and has consistently been met with resistance. This is despite ICE's devotion of a disproportionate amount of time and resources not only to this case, but also another RAICES case. ICE therefore respectfully requests that the Court grant its motion for extension, which will streamline the Court's review of the relevant issues and not result in any prejudice to RAICES.

Dated: March 14, 2025                    Respectfully submitted,

**Margaret F. Leachman**
Acting United States Attorney

By:    <u>/s/ Landon A. Wade</u>
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system,

<u>/s/Landon A. Wade</u>
Landon A. Wade
Assistant United States Attorney

2